# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

MICHAEL KROMER,

    Plaintiff,

v.                                                              Case No. 5:23-cv-712-MMH-PRL

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS
UNION, LLC, and EQUIFAX
INFORMATION SERVICES, LLC,

    Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 35; Stipulation) filed on July 2, 2024. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own attorney's fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers this 3rd day of July, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record